IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ASHLIE SESSIONS,

    Plaintiff,

v.

L&R TRANSPORTES, INC.,

    Defendant.

_____

Civ. No. 6:14-cv-00191-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 7), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (ECF No. 7) is adopted. This action is dismissed, with prejudice, for failure to follow court orders and failure to prosecute. IT IS SO ORDERED.

    DATED this 9th day of January, 2015.

                                        _____/s/ Michael J. McShane _____
                                                Michael McShane
                                            United States District Judge

1 –ORDER